# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In Re:

Julie Anne Welbig,

      Debtor

_____

Bkty. Case No: 15-43254

**NOTICE OF HEARING AND MOTION**

TO:    THE DEBTORS AND OTHER ENTITIES SPECIFIED IN LOCAL RULE 9013-3:

    1.    Julie Anne Welbig, the debtor herein, moves the Court for the relief requested below and gives notice of hearing.

    2.    The Court will hold a hearing on this motion on July 20, 2017 at 10:30 a.m. at the United States Bankruptcy Court, Courtroom 8 West, 8th Floor, 300 S 4th Street, Minneapolis, Minnesota 55415.

    3.    Any response to this motion must be filed and delivered not later than July 15, 2017 which is five (5) days before the time set for the hearing (including Saturdays, Sundays and legal holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    4.    The Court has jurisdiction over this motion pursuant to 28 USC §§ 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this Chapter 13 case was filed on September 17, 2015. The debtor's plan was confirmed on December 21, 2015.

    5.    This motion arises under 11 USC § 1329, Bankruptcy Rule 9029 and Local Rule 3019-2. This motion is filed under Bankruptcy Rule 9014 and Local Rules 9013, 9006, 5005, and 9017. The debtor requests the Court's Order for confirmation of a post-confirmation

modified plan that will allow for plan payments of $700.00 per month, beginning June, 2017 for 36 months, then $1,089.00 per month for 4 months, with no arrears to exist on the plan as of June, 2017.

WHEREFORE, the debtor moves the Court for an Order to confirm the plan, as modified, and such other and further relief as may be just and equitable.

Dated: June 14, 2017

KAIN & SCOTT, P.A.

/e/ MARGARET R. HENEHAN-0395419
Attorney for Debtor
13 Seventh Avenue South
St. Cloud, Minnesota 56301
(320) 252-0330

**Fill in this information to identify your case:**

Debtor 1  **Julie Anne Welbig**
  First Name   Middle Name   Last Name

Debtor 2
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number   15-43254
(if known)

☑ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... $ **170,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B........................................................ $ **209,377.00**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................... $ **379,377.00**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ **156,362.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. $ **388.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ **131,604.10**

   **Your total liabilities**  $ **288,354.10**

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................
   ~~4,390.00~~
   ~~7,485.00~~
   $ **7,030.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................
   ~~3,690.00~~
   ~~2,048.00~~
   $ **5,070.00**

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

Official Form 106Sum   Summary of Your Assets and Liabilities and Certain Statistical Information   page 1 of 2

Debtor 1  **Julie Anne Welbig**　　　　　　　　　　　　　　　　　Case number *(if known)* **15-43254**

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.　　　$ **9,160.04**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 388.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 388.00 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Julie Anne Welbig** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (If known) | 15-43254 |

Check if this is:

☑ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I
## Schedule I: Your Income                                                                                         12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | Transfusion Safety Officer | ~~Drywall Taper~~<br>~~Unemployed~~<br>~~Drywall Taper~~ |
| Employer's name | Fairview | ~~Diamond Drywall~~<br>~~Diamond Drywall~~ |
| Employer's address | 2450 Riverside Ave South<br>Minneapolis, MN 55454 | ~~278 Dunbar Way~~<br>~~St. Paul, MN 55115~~<br>~~278 Dunbar Way~~<br>~~Saint Paul, MN 55115~~ |
| How long employed there? | 4 Years | ~~4 years~~<br>~~4 years~~ |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ **8,100.00**<br>~~7,700.00~~ | $ 0.00<br>~~5,314.00~~<br>0.00<br>~~4,100.00~~ |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4.  $ **8,100.00**<br>~~7,700.00~~ | $ 0.00<br>~~5,314.00~~<br>0.00<br>~~4,100.00~~ |

Official Form B 6I                              Schedule I: Your Income                                page 1

Debtor 1    **Julie Anne Welbig**                                      Case number (*if known*)   **15-43254**

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | **Copy line 4 here** | 4. $ | 8,100.00<br>~~7,700.00~~ | 0.00<br>~~5,314.00~~<br>0.00<br>~~4,100.00~~ |
| 5. | **List all payroll deductions:** |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | 2,325.00 | 0.00<br>~~1,662.00~~<br>0.00<br>~~1,324.00~~ |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | 0.00 | 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | 641.00<br>~~458.00~~ | 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. $ | 389.00 | 0.00 |
| 5e. | Insurance | 5e. $ | 276.00<br>~~56.00~~ | 0.00 |
| 5f. | Domestic support obligations | 5f. $ | 0.00 | 0.00 |
| 5g. | Union dues | 5g. $ | 0.00 | 0.00<br>340.00<br>0.00<br>~~139.00~~ |
| 5h. | Other deductions. Specify: Parking | 5h.+ $ | 79.00 + $ | 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. $ | 3,527.00<br>~~3,307.00~~ | 0.00<br>2,002.00<br>0.00<br>~~1,463.00~~ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ | 4,390.00<br>4,173.00<br>~~4,393.00~~ | 0.00<br>3,312.00<br>0.00<br>~~2,637.00~~ |
| 8. | **List all other income regularly received:** |  |  |  |
| 8a. | **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ | 0.00 | 0.00 |
| 8b. | **Interest and dividends** | 8b. $ | 0.00 | 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ | 0.00 | 0.00 |
| 8d. | **Unemployment compensation** | 8d. $ | 0.00 | 0.00<br>2,064.00<br>~~0.00~~ |
| 8e. | **Social Security** | 8e. $ | 0.00 | 0.00 |
| 8f. | **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. $ | 0.00 | 0.00 |
| 8g. | **Pension or retirement income** | 8g. $ | 0.00 | 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ $ | 0.00 + $ | 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. $ | 0.00 | 0.00<br>2,064.00<br>~~0.00~~ |

Official Form B 6I                              **Schedule I: Your Income**                              page 2

Debtor 1  **Julie Anne Welbig**  Case number (*if known*) **15-43254**

10. **Calculate monthly income.** Add line 7 + line 9.    10. $ ~~4,390.00~~ ~~4,173.00~~ **4,393.00** + $ ~~0.00~~ ~~3,312.00~~ ~~2,064.00~~ **2,637.00** = $ ~~4,390.00~~ ~~7,485.00~~ ~~6,457.00~~ **7,030.00**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____     11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.    12. $ ~~4,390.00~~ ~~7,485.00~~ ~~6,457.00~~ **7,030.00**
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
    
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ☑ Yes. Explain:  **403(B) Loan is $389.00 per month going from May 2015 for five years.**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Julie Anne Welbig** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (If known) | **15-43254** |

Check if this is:

☑ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses                                           12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   
       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**  ☑ No

   Do not list Debtor 1 and Debtor 2.  ☐ Yes. Fill out this information for each dependent..............
   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |
   | | | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ☑ No   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.  $  **1,037.00**

   **If not included in line 4:**

   | 4a. | Real estate taxes | 4a. $ | **183.00** |
   | 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **250.00** |
   | 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **160.00** |
   | 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $  **0.00**

| Debtor 1 | Julie Anne Welbig | Case number (if known) | 15-43254 |
|---|---|---|---|

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **240.00** ~~75.00~~
   - 6b. Water, sewer, garbage collection — 6b. $ **260.00** ~~310.00~~
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **0.00**
   - 6d. Other. Specify: _____ — 6d. $ **400.00** ~~650.00~~

7. **Food and housekeeping supplies** — 7. $ **0.00**

8. **Childcare and children's education costs** — 8. $ **60.00** ~~150.00~~

9. **Clothing, laundry, and dry cleaning** — 9. $ **60.00** ~~140.00~~

10. **Personal care products and services** — 10. $ **100.00** ~~260.00~~

11. **Medical and dental expenses** — 11. $ **200.00** ~~450.00~~ ~~650.00~~

12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **0.00** ~~63.00~~

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00** ~~65.00~~

14. **Charitable contributions and religious donations** — 14. $

15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
   - 15a. Life insurance — 15a. $ **0.00** ~~87.00~~
   - 15b. Health insurance — 15b. $ **0.00**
   - 15c. Vehicle insurance — 15c. $ **100.00** ~~152.00~~ **80.00**
   - 15d. Other insurance. Specify: _____ — 15d. $ **0.00**

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ — 16. $ **0.00**

17. **Installment or lease payments:**
   - 17a. Car payments for Vehicle 1 — 17a. $ **495.00** ~~0.00~~
   - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
   - 17c. Other. Specify: ~~Husband's Credit Card and Tax Payments~~ — 17c. $ **0.00** ~~600.00~~
   - 17d. Other. Specify: _____ — 17d. $ **0.00**

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I).** — 18. $ **0.00**

19. **Other payments you make to support others who do not live with you.** Specify: _____ — 19. $ **0.00**

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
   - 20a. Mortgages on other property — 20a. $ **0.00**
   - 20b. Real estate taxes — 20b. $ **0.00**
   - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
   - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
   - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**

21. **Other:** Specify: **Continuing Education ($30) Pet Expenses ($40)** — 21. +$ **70.00** ~~30.00~~

22. **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. — 22. $ **3,690.00** ~~5,437.00~~ ~~5,030.00~~

23. **Calculate your monthly net income.**
   - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ **4,390.00** ~~7,485.00~~ ~~6,457.00~~ ~~7,030.00~~

Official Form B 6J                    **Schedule J: Your Expenses**                    page 2

| Debtor 1 | Julie Anne Welbig | Case number (if known) | 15-43254 |
|---|---|---|---|

23b.  Copy your monthly expenses from line 22 above.

23b.  -$  
~~3,690.00~~  
~~5,437.00~~  
5,030.00

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.

23c.  $  
~~700.00~~  
~~2,048.00~~  
~~1,427.00~~  
2,000.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.  
☑ Yes.  
Explain:  ~~Debtor and spouse have older vehicles in need of more repairs.  Debtor's husband is currently laid-off.~~

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

Julie Anne Welbig,

    Debtor.

Bkty. Case No: 15-43254

**MEMORANDUM IN SUPPORT OF DEBTOR'S MOTION FOR POST-CONFIRMATION MODIFICATION**

### FACTS

This Chapter 13 bankruptcy case was filed on September 17, 2015 and confirmed on April 25, 2016. Subsequent to confirmation, debtor filed for divorce which resulted in a change in household income and expenses.

Debtor has the ability to pay $700.00 per month, beginning June, 2017 for 36 months, then $1,089.00 per month for 4 months (see thrice Amended Schedules I and J).

### ARGUMENT

11 USC §1329(a) permits a debtor to, on motion, at any time after confirmation of a plan and before all plan payments have been made to seek an increase or reduction in the amount of payments on claims of a particular class provided for by the plan, or to extend or reduce the time for such payments.

The debtor respectfully requests the Court's order modifying her plan to allow for plan payments of $700.00 per month, beginning June, 2017 for 36 months, then $1,089.00 per month for 4 months, with no arrears to exist on the plan as of June, 2017.

For these reasons, the debtor respectfully requests the Court to confirm the modified plan, as submitted.

Dated: June 14, 2017

        KAIN & SCOTT, P.A.

        /e/ MARGARET R. HENEHAN-#0395419
        Attorney for Debtor
        13 Seventh Avenue South
        St. Cloud, Minnesota 56301
        (320) 252-0330

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Julie Anne Welbig,

      Debtor.

Bky. Case No. 15-43254
Chapter 13

## UNSWORN CERTIFICATE OF SERVICE

     I, Sonja K. Quaintance, declare under penalty of perjury that on June 15, 2017 she caused to be served the Notice of Hearing and Motion, Memorandum in Support of Debtor's Motion for Post-Confirmation Modification and Modified Chapter 13 Plan via the CM/ECF system to those parties requesting electronic notification and upon all parties in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail.

Dated: June 15, 2017
                                        /e/ Sonja K. Quaintance
                                        Sonja K. Quaintance
                                        Kain & Scott, P.A.

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>PO BOX 3001<br>16 GENERAL WARREN BLVD<br>MALVERN PA 19355 | AMERICAN EXPRESS<br>BOX 0001<br>LOS ANGELES CA 90096-8000 | CHASE CARD<br>PO BOX 15298<br>WILMINGTON DE 19850 |
| CITIBANK<br>CITICORP CREDIT SERVICES/ATTN: CENTRALIZ<br>PO BOX 790040<br>SAINT LOUIS MO 63179 | DISCOVER BANK<br>C/O USSETT WEINGARDEN & LIEBO<br>4500 PARK GLEN ROAD, STE 300<br>ST. LOUIS PARK MN 55416 | DISCOVER BANK/DMI<br>MAIL STOP 1290<br>1 CORPORATE DRIVE, STE 360<br>LAKE ZURICH IL 60047-8945 |
| DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON DE 19850 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | MN DEPT OF REVENUE<br>ATTN: DENISE JONES<br>PO BOX 64447<br>SAINT PAUL MN 55164 |
| QUICKN LOANS<br>1050 WOODWARD AVENUE<br>DETROIT MI 48226 | SELECT PORTFOLIO SERVICING INC<br>C/O USSET WEINGARDEN & LIEBO<br>4500 PARK GLEN RD, STE 300<br>ST LOUIS PARK MN 55416 | US BANK<br>CB DISPUTES<br>SAINT LOUIS MO 63166 |
| WELLS FARGO<br>1 HOME CAMPUS X2303-01A<br>DES MOINES IA 50326 | WELLS FARGO<br>PO BOX 60510<br>LOS ANGELES CA 90060 | |